**Opinion issued November 10, 2015**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-14-00921-CV

_____

## IN RE MARGARET DOUCETTE, AS REPRESENTATIVE OF THE ESTATE OF DAVID DOUCETTE, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Margaret Doucette, as Representative of the Estate of David Doucette ("Doucette") filed a petition for writ of mandamus on November 14, 2014.[1]  A motion for emergency relief was also filed and granted by order dated November 14, 2014.  A response was requested and filed on February 4, 2015.  A

---

[1] The underlying case is *Rhonda Brooks v. Margaret Doucette, as Representative of the Estate of David Doucette*, cause number 2013-01801, pending in the 125th District Court of Harris County, Texas, the Hon. Kyle Carter, Judge, 125th District Court, presiding.

reply to the response was filed on February 20, 2015. The proceeding was submitted without argument on April 8, 2015.

On July 24, 2015, Doucette advised this court that the parties had reached a resolution and were preparing settlement documents. After receiving no further information, this Court issued an order on September 24, 2015, for a status report as to the parties' settlement progress. On October 5, 2015, Doucette filed a letter advising this Court that the settlement had been finalized and a motion to dismiss was being filed; however, no motion was filed. On October 27, 2015, this Court issued a notice of intention to dismiss unless any party filed a response within ten days showing why the proceeding should not be dismissed. Relator then filed a motion to dismiss, asking that we dismiss the proceeding and that we tax costs against the party incurring same.[2]

Accordingly, we grant relator's motion and we dismiss this original proceeding as moot. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Huddle.

---

[2] Relator asks that we tax costs against the parties incurring same, but all parties have paid their own costs and no costs remain outstanding.